UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| MARTIN J. WALSH, | : |
| *Petitioner*, | : |
| vs. | : CASE NO.: 1:20-cv-2138 |
| ALIGHT SOLUTIONS LLC, | : |
| *Respondent*. | : |

**ORDER**

This Court previously ordered the production of Alight's penetration reports in this action "subject to a protocol that will ensure the security integrity of the reports and Alight's data management systems." (Dkt. No. 97). The Parties have reached an agreement on an appropriate security protocol in this action. The Parties in this action filed a joint status report that moved for the Court to enter an order governing the production of the penetration reports. The Court has determined that the terms set forth herein are appropriate to protect the respective interests of the parties, the public, and the Court. Accordingly, it is ORDERED:

1. Within seven (7) days from the date of this order, Alight will produce all previously reviewed penetration tests to the Secretary by encrypted hard-drive.

2. Upon receipt of the produced penetration tests, the Secretary will maintain the penetration tests securely in Relativity and will disable the print and download feature for the penetration tests. The Secretary may not provide a hard or electronic copy of the penetration tests to other government agencies. Pursuant to the Confidentiality Order (Dkt. No. 93), the Secretary

may permit other government agencies to view the penetration tests within the Secretary's Relativity system.

3. If the Department decides to conduct interviews or administrative depositions of Alight employees, Alight will supply hard copies of each specified penetration test for those interviews/depositions.

4. If the Department decides to conduct interviews/administrative depositions of any employee of a vendor who Alight retained to conduct the penetration tests, Alight will supply hard copies of each specified penetration test for those interviews/depositions.

*So Ordered.*

**Dated: 12/16/22**

**M. David Weisman**
**United States Magistrate Judge**